IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01236-LTB

DONNIQUE HESTER,

    Plaintiff,

v.

DARIN K. JOKO,
BRENDON G. KEEFER,
AMBROSE D. SLAUGHTER,
JACOB L. MARSH,
RAMONE D. YOUNG,
JAY S. CASILLAS, JR.,
BRENT C. KOHLS, and
ANDREW RICHMAN,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 24, 2015, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 24 day of July, 2015.

            FOR THE COURT,

            JEFFREY P. COLWELL, Clerk

            By: s/E. Van Alphen
                Deputy Clerk